Jeffrey D. Olster
Nevada Bar No. 8864
Jeff.Olster@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: (702) 893-3383
Fax: (702) 893-3789
Attorneys for Plaintiff
*ACUITY, A MUTUAL INSURANCE COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ACUITY, A MUTUAL INSURANCE COMPANY, a foreign corporation,

Plaintiff

vs.

ASAF BEN-HANI, an individual; CONFIDENCE WEALTH MANAGEMENT LLC, a Nevada limited liability company; REM OCULEE, an individual; CRYSTAL OCULEE, an individual; HAWK OCULEE, an individual, by and through his natural parents and guardians, REM OCULEE and CRYSTAL OCULEE,

Defendants

Case No. 2:25-cv-02114-CDS-MDC

**STIPULATION FOR EXTENSION TO FILE REPLY BRIEF FOR MOTION FOR SUMMARY JUDGMENT**

[ECF No. 21]

Plaintiff and Defendants, through their respective counsel, stipulate to provide Plaintiff with a one-week extension, or until August 17, 2026, to file its reply in support of its Motion for Summary Judgment or, alternatively, for Partial Summary Judgment (ECF No. 16).

Defendant Asaf Ben-Hani filed his opposition and supporting declaration on July 27, 2026 (ECF Nos. 17 and 18). Defendants Confidence Wealth Management LLC, Rem Oculee, Crystal Oculee and Hawk Oculee filed their joinder to the opposition on July 27, 2026 (ECF No. 20). Plaintiff's reply is currently due on August 10, 2026.

Plaintiff's counsel has represented to Defendants' counsel that he has had family obligations for the past two weeks, and Defendants' counsel have agreed to provide this one-week

extension to file the reply. Plaintiff accordingly submits that good cause exists for this stipulated extension, and that it is not requested for purposes of delay.

Dated this 7th day of August, 2026

SHEA LARSEN PC

/s/ Kyle M. Wyant
Bart K. Larsen
Nevada Bar No. 8538
Kyle M. Wyant
Nevada Bar No. 14652
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
*Attorneys for Defendant*
*ASAF BEN-HANI*

Dated this 7th day of August, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Jeffrey D. Olster
Jeffrey D. Olster
Nevada Bar No. 8864
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Plaintiff*
*ACUITY, A MUTUAL INSURANCE COMPANY*

Dated this 7th day of August, 2026

SKLAR WILLIAMS PLLC

/s/ Anthony R. Ager
Anthony R. Ager
Nevada Bar No. 7969
David B. Barney
Nevada Bar No. 14681
410 S. Rampart Boulevard, Suite 350
Las Vegas, Nevada 89145
*Attorneys for Defendants*
*CONFIDENCE WEALTH MANAGEMENT LLC, REM OCULEE, CRYSTAL OCULEE and HAWK OCULEE*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: August 10, 2026